IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

SUNSHINE DAIRY FOODS, INC., )
)
    Plaintiff, ) TC-MD 130164D
)
 v. )
)
MULTNOMAH COUNTY ASSESSOR )
)
    Defendant, )
)
  and )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
    Defendant-Intervenor. ) **FINAL DECISION**

This matter is before the court on Defendant-Intervenor's (Department of Revenue) Motion in Limine (Motion), filed March 28, 2014. Plaintiff's Response to Department of Revenue's Motion in Limine (Response) was filed March 31, 2014.

Defendant-Intervenor's Motion and Plaintiff's Response were discussed on Monday, March 31, 2014, the first day of the scheduled trial for the above-entitled matter. After a lengthy discussion, Plaintiff requested that if the court were to grant Defendant-Intervenor's Motion, Plaintiff would pursue its appeal in the Regular Division of the Oregon Tax Court. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant-Intervenor's Motion in Limine is granted.

/ / /

/ / /

/ / /

IT IS FURTHER DECIDED that the above entitled matter is dismissed.

Dated this ___ day of April 2014.

                                                           _____
                                                           JILL A. TANNER
                                                           PRESIDING MAGISTRATE

***If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.***

***Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.***

***This document was signed by Presiding Magistrate Jill A. Tanner on April 3, 2014. The court filed and entered this document on April 3, 2014.***